# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIN LAY, et al., | CASE NO. 11-CV-1127 W (CAB) |
| Plaintiffs, | **ORDER REFERRING TO MAGISTRATE FOR REPORT & RECOMMENDATION** |
| v. | |
| MICHAEL S. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

On June 22, 2011, this social-security matter was transferred to this Court pursuant to the low-number rule on the ground that it arises from the same or substantially identical transactions and parties as Case No. 10cv2095.  (*See* Doc. 6.)

Case No. 10cv2095 has been referred to Magistrate Judge Cathy A. Bencivengo. Accordingly, the Court **REFERS** all matters arising in this case to Judge Bencivengo for a Report & Recommendation in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1(c)(1)(c).

**IT IS SO ORDERED.**

DATED: July 15, 2011

_____
Hon. Thomas J. Whelan
United States District Judge